B. M. HEEDE, INC., Respondent, *v.* FREDERIC P. ROBERTS et al., Copartners Doing Business under the Name of ROBERT & COMPANY, et al., Appellants.

Submitted March 3, 1952; decided March 13, 1952.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 303 N. Y. 385.]